■ INTEGRATED VOICE & DATA SYSTEMS, INC., Doing Business as COMTEL, et al., Respondents, v MICHAEL GROH et al., Defendants, and AT TECHNOLOGY, INC., Appellant. (Appeal No. 2.) [45 NYS3d 826]—Appeal from an order of the Supreme Court, Erie County (Timothy J. Walker, A.J.), entered September 16, 2015. The order, among other things, denied the motion of defendant AT Technology, Inc. for leave to reargue.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Centra, J.P., Peradotto, Carni and Lindley, JJ.